

FILED BY_____D.C.

JUN 2 5 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


BETHANY ROSADO and JOSEPH O'NEILL,

Plaintiffs,

v. Case No.: COCE25038113 & CACE25008361

CIRCLE SUNRISE APARTMENTS LLC, State Court Case Nos.:

Defendant.


NOTICE OF REMOVAL


TO THE HONORABLE COURT:


Plaintiffs Bethany Rosado and Joseph O'Neill, proceeding pro se, hereby remove the above-captioned actions from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and respectfully state:

1

NATURE OF THE ACTION

This action arises from Defendant's systematic pattern of racketeering activity, constitutional violations, and civil rights deprivations against Plaintiffs and their minor children, including illegal entry into their home while Primary Plaintiff was in a state of undress, predatory towing through a dissolved corporation, retaliatory eviction, and ongoing harassment constituting a criminal enterprise under federal RICO statutes.

FEDERAL JURISDICTION

This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiffs' claims arise under federal law, specifically:

a) The Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962;

b) Civil Rights Act, 42 U.S.C. § 1983;

c) Fourth and Fourteenth Amendments to the United States Constitution;

2

d) Federal Lead-Based Paint Disclosure Act, 42 U.S.C. § 4852d.

## TIMELINESS

This Notice is timely filed within thirty (30) days of service of the initial pleading as required by 28 U.S.C. § 1446(b). The eviction complaint was served on or about June 18, 2025.

## VENUE

Venue is proper in this District pursuant to 28 U.S.C. § 1441(a) as the state court actions are pending in Broward County, Florida, which lies within this judicial district.

## PROCEDURAL REQUIREMENTS

All process, pleadings, and orders served upon Plaintiffs in the state court actions are attached hereto as Composite Exhibit "A" and incorporated herein by reference.

STATEMENT OF FEDERAL CLAIMS

A. RICO Violations (18 U.S.C. § 1962)

Defendant operates a criminal enterprise engaging in a pattern of racketeering activity including:

Wire fraud through coordinated email communications with dissolved corporations

Mail fraud through fraudulent lease documents and billing schemes

Extortion through predatory towing operations demanding payments far exceeding statutory limits

Systematic targeting of tenants through fraudulent billing and retaliatory conduct

B. Civil Rights Violations (42 U.S.C. § 1983)

4

Defendant, acting under color of state law through lease authority and judicial process abuse, deprived Plaintiffs of constitutional rights including:

Fourth Amendment violations through illegal entry on April 1, 2025

Due process violations through fraudulent eviction proceedings

First Amendment violations through lease speech restrictions

C. Constitutional Violations

Defendant's conduct violates Plaintiffs' fundamental constitutional rights to privacy, due process, and protection from unreasonable searches and seizures.

RELATED STATE LAW CLAIMS

This Court has supplemental jurisdiction over related state law claims pursuant to 28 U.S.C. § 1367, as they arise from the same nucleus of operative facts as the federal claims.

## NO SEPARATE AND INDEPENDENT STATE LAW CLAIMS

All claims arise from Defendant's unified course of conduct constituting federal

violations, with no separate and independent state law claims requiring remand.

WHEREFORE, Plaintiffs respectfully request this Court accept removal of the above-captioned actions and retain jurisdiction over all claims for adjudication.

Respectfully submitted,

BETHANY ROSADO, Pro Se

Primary Plaintiff

5260 NW 88th Avenue, Apt G103

Sunrise, FL 33351

Phone: (786) 918-6778

Email: bethanyarosado@yahoo.com

JOSEPH O'NEILL, Pro Se

Co-Plaintiff

5260 NW 88th Avenue, Apt G103

Sunrise, FL 33351

Phone: (954) 494-4356

Email: joneill0262@gmail.com

7

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record and pro se parties via email and U.S. Mail on this _____ day of June, 2025.

To:

Elizabeth S. Rivera, Esq.

Florida Bar No. 57330

Barfield McCain Ayoub, P.A.

4460 Medical Center Way

West Palm Beach, FL 33407

Email: service@barfieldpa.com